# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00409-CV

**Michael L. Bernoudy, Jr., Appellant**

**v.**

**Steven McGraw, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-14-005192, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On July 6, 2016, this Court sent notice to Michael Bernoudy, Jr., that the clerk's record was overdue and that this Court had received notice from the Travis County clerk's office that no payment had been received or arrangements made for payment for the clerk's record. This Court requested that Bernoudy make arrangements for the record and submit a status report. Bernoudy also was notified that his appeal would be dismissed for want of prosecution if he did respond to this Court by July 18, 2016. To date, Bernoudy has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Dismissed for Want of Prosecution

Filed:   July 29, 2016